WILLIAM J. HAYES, Individually, as Administrator, etc., of LORETTA M. HAYES, and as Guardian ad Litem of JAMES HAYES, an Infant, Appellants, v. OLYMPIC MOTOR TOURS, INC., Respondent, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

HENRY SCHNEIDER and PAULA SCHNEIDER, Appellants, v. 44–84 REALTY CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ. [169 Misc. 249.]

MEYER REIKES and ANNIE REIKES, Respondents, v. UNION SQUARE HOLDING CORPORATION and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of a copy of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

LOUIS MOLLER, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of JOSEPH ALLEN, Petitioner, for an Order to Review a Determination of LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Proceeding to Construe the Last Will and Testament of THEODORE STANFIELD, Deceased. CHARLOTTE S. LITTELL and ADRIAN P. BURKE, Special Guardian for JOHN HARRINGTON LITTELL, Appellants; HUGO BLUMENTHAL and BANKERS TRUST COMPANY, Executors, Petitioners; SUSETTE M. STANFIELD, OTTO M. STANFIELD, MARION STANFIELD, HARRIET B. BOAS, PRESIDENT AND TRUSTEES OF WILLIAMS COLLEGE, CHILDREN'S CHARITABLE UNION, and WALTER W. NAUMBURG, Executor, Respondents.— Decree so far as appealed from unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — O'Malley, Townley, Glennon and Dore, JJ. [170 Misc. 447.]

WILLIAM J. DOYLE, Respondent, v. NEW YORK TELEPHONE COMPANY and WILLIAM M. ROOSA, JR., Appellants.— Judgment and order unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $30,185.55, in which event the judgment as so modified and the order appealed from are